15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

APR 2 7 2018 YS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Zahiya Willis )
3158 S. Green St )
Chicago, IL 60608 )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
AltaStaff - A Boutique Staffing )
19 S. LaSalle St. Site 800 )
Chicago, IL 60603 )
(Name of the defendant or defendants) )

1:18-cv-03003
Judge Rebecca R. Pallmeyer
Magistrate Judge Jeffrey Cole

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is  Zahiya Willis  of the county of  Cook  in the state of  IL .

3. The defendant is  AltaStaff - A Boutique Staffing Agency , whose street address is  19 S. LaSalle Street, Site 800 ,
(city) Chicago  (county) Cook  (state) IL  (ZIP) 60603
(Defendant's telephone number)  312-269-9990 Ext 308

4. The plaintiff sought employment or was employed by the defendant at (street address)
_____ (city) _____
(county) _____ (state) _____ (ZIP code) _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☑ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) 01 , (day) 02 , (year) 2018 .

7.1 **(Choose paragraph 7.1 or 7.2, do not complete both.)**

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about
    (month) 02 (day) 07 (year) 2018 .

    (ii) ☐ the Illinois Department of Human Rights, on or about
    (month)_____ (day)_____ (year)_____ .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month) 02 (day) 14 (year) 2018

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☑ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 02 (day) 14 (year) 2018 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

      (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

      (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

      (e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

      (f)☐ Religion (Title VII of the Civil Rights Act of 1964)

      (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

      (a)☐ failed to hire the plaintiff.

      (b)☐ terminated the plaintiff's employment.

      (c)☐ failed to promote the plaintiff.

      (d)☐ failed to reasonably accommodate the plaintiff's religion.

      (e)☐ failed to reasonably accommodate the plaintiff's disabilities.

      (f)☐ failed to stop harassment;

      (g)☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

      (h)☐ other (specify):_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Zakiya Willis

(Plaintiff's name)
Zakiya Willis

(Plaintiff's street address)
3158 S. Gureen St
Chicago, IL 60608

(City) Chicago (State) IL (ZIP) 60608
(Plaintiff's telephone number) (773)-330-9426

Date: _____

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español

All zakiya willis, search your mailbox Search Mail Search Web Home zakiya

Compose

Search results Archive Move Collapse All Delete Spam

Inbox (7401)
Drafts (40)
Sent
Archive
Spam (1288)
Trash (82)
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent

Interview at AltaStaff (8) People

**Juliana Fruzzetti** <jfruzzetti@altastaff.com> 12/29/17 at 11:05 AM
To Zakiya Willis

Hey Zakiya,

Here is confirmation for Tuesday. I would bring a few copies of your resume ;)

Thank you for taking the time to speak with me. We are looking forward to meeting you and further discussing your career. Per our conversation, here are the details for the interview:

**Date: January 2nd**
**Time: 9 AM**
**Counselor's Name: Taz Wilson**

**Address:**
AltaStaff - a boutique staffing agency
19 South LaSalle Street, Suite 800
Chicago, IL 60603
**Cross Street:** Madison Street

**What to Bring:** 2 copies of your resume, 2 professional references (name, phone number and email address if available)

**Reminders:** Dress professionally, contact us if you will be late or unable to attend, the interview process will take between 1-1.25 hour(s).

If you have any questions, please do not hesitate to contact me.

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

Reply Reply to All Forward More

**Zakiya Willis** Hi Juliana thanks for helping m Jan 5 at 3:56 PM

**Zakiya Willis** Hi Juliana thanks for helping m Jan 5 at 3:56 PM

**Juliana Fruzzetti** Hi Zakiya, Once I get confi Jan 5 at 4:04 PM

**Zakiya Willis** Good morning ms Juliana I wa Jan 19 at 10:28 AM

**Juliana Fruzzetti** Hello Zakiya, Thank you fo Jan 19 at 2:31 PM

**Zakiya Willis** Okay thanks for responding ba Jan 19 at 3:19 PM

**Juliana Fruzzetti** Hi Zakiya, I am sorry and I Jan 19 at 4:43 PM

Click to reply all





### Interview at AltaStaff (8)

| | | |
|---|---|---|
| **Juliana Fruzzetti** | Hey Zakiya, Here is confirmati | 12/29/17 at 11:05 AM |
| **Zakiya Willis** | Hi Juliana thanks for helping me c | Jan 5 at 3:56 PM |
| **Zakiya Willis** | Hi Juliana thanks for helping me c | Jan 5 at 3:56 PM |
| **Juliana Fruzzetti** | Hi Zakiya, Once I get confirma | Jan 5 at 4:04 PM |
| **Zakiya Willis** | Good morning ms Juliana I want t | Jan 19 at 10:28 AM |

**Juliana Fruzzetti** <jfruzzetti@altastaff.com>   Jan 19 at 2:31 PM
To Zakiya Willis

Hello Zakiya,

Thank you for reaching out. Unfortunately, IlliniCare has cancelled its 1/22 starting class an no one will be starting in that position. They are putting hiring on hold for the time being. I will reach out as soon as any position opens up we can place you in. I am currently working with another Managed Care Organization and they might have an office clerk position opening up. I will reach out as soon as I hear anything!!

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main:   312-269-9990 ext 308
Fax:    888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

> Show original message

↩ Reply   ↩↩ Reply to All   → Forward   ••• More

| | | |
|---|---|---|
| **Zakiya Willis** | Okay thanks for responding back. | Jan 19 at 3:19 PM |
| **Juliana Fruzzetti** | Hi Zakiya, I am sorry and I tot | Jan 19 at 4:43 PM |

Click to reply all



AT&T | Mail | att.net | Mobile | DIRECTV | U-verse | att.com  En Español

Search: All — zakiya willis, search your mailbox  Search Mail  Search Web  Home  zakiya

Compose

Inbox (7401)
Drafts (40)
Sent
Archive
Spam (1288)
Trash (82)
> Smart Views
∨ Folders
   Deleted Messages
   Notes
   Sent Messages
   untitled
   untitled1
   Yahoo
   zakiya
> Recent

← Search results  Archive  Collapse All  Delete  Spam

**Position at AltaStaff with IlliniCare 1/2/2018 (3)**  People

**Juliana Fruzzetti** <jfruzzetti@altastaff.com>  12/21/17 at 11:06 AM

Greetings,

I just wanted to keep you updated. Your resume has been sent over to IlliniCare for consideration in the Utilization department. As of today, AltaStaff has not received confirmation of salary or that they would want you to start on their 1/2/2018 New Hire Orientation date.

As the Holiday's are approaching we will give you as much notice/information as we can next week. Thank you for being patient and reach out if you have any questions. You are still being considered, we are just waiting for confirmation for the next steps from IlliniCare!

Thank you have enjoy your Holiday Season!

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main:  312-269-9990
Fax:   888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

← Reply  ← Reply to All  → Forward  ••• More

**Zakiya Willis** <zabiaswillis@sbcglobal.net>  12/21/17 at 12:05 PM
To  Juliana Fruzzetti
BCC  Zakiya Willis

Thanks so much for responding back... Happy Holiday... I'm ready...

Sent from my iPhone

> Show original message

← Reply  ← Reply to All  → Forward  ••• More

**Zakiya Willis** <zabiaswillis@sbcglobal.net>  12/21/17 at 12:05 PM
To  Juliana Fruzzetti

Thanks so much for responding back... Happy Holiday... I'm ready...

Sent from my iPhone

> Show original message

← Reply  ← Reply to All  → Forward  ••• More

Click to reply all

# ILLINOIS DEPARTMENT OF
# Human Rights



Bruce Rauner, Governor
Janice Glenn, Acting Director

**March 19, 2018**

Miss Zakiya Willis
3158 South Green St.
Chicago, IL 60608

Re: <u>Zakiya Willis vs Altastaff-A Boutique Staffing Agency, 180319-053</u>

Dear Complainant

You are receiving this letter because you filed a charge with the United States Equal Employment Opportunity Commission (EEOC). The EEOC and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC, a copy of the charge was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

Since you filed your discrimination charge initially with the EEOC, the EEOC is the governmental agency responsible for investigating the charge and the investigation will be conducted pursuant to the rules and procedures adopted by the EEOC. The Department will take no action on your charge until the EEOC issues its findings. **After the EEOC issues its findings**, if you want the Department to take any further action on your charge, you must send the Department a copy of the EEOC's findings within 30 days after service of the EEOC's findings on you. Please also send a one sentence written statement requesting that the Department investigate your charge and include the above Control Number. You may submit a copy of the EEOC's findings by either of the following methods:

**By Mail:** Send your EEOC findings and written statement via U.S. Postal certified mail, return receipt requested, to: Illinois Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

**In Person:** Bring an original and one copy of your EEOC findings and written statement to the Department. The Department will stamp and return the copies to you for your records.

If you received the EEOC's findings prior to receipt of this letter, you have 30 days from the date of this letter to send the Department a copy of the EEOC's findings. Upon receipt of the EEOC's findings, the Department will mail you a notice as to what further action the Department may take on your charge.

The 365-day time period for the Department to investigate your EEOC charge is tolled while the EEOC is investigating your charge and does not begin to run until the EEOC issues its findings. Your failure to timely provide the EEOC's findings to the Department will result only in the Department closing your file. **This process does not affect the investigation of your charge at EEOC.** If you do not wish to proceed with the Department, you do not need to take any further action.

This letter **does not apply** to any settlement of this charge the parties have made with the EEOC.

<u>If you have any questions, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.</u>
ILLINOIS DEPARTMENT OF HUMAN RIGHTS.

**CC** Altastaff-A Boutique Staffing Agency
19 South LaSalle Street, Site 800
Chicago, IL 60603

RE1_EEOC 30/Rev: 02/13

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Zakiya Willis<br>3158 South Green st<br>Chicago, IL 60608 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-02914 | William Hubbartt, Investigator | (312) 869-8091 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Julianne Bowman_     2/14/18

Enclosures(s)     Julianne Bowman, District Director     (Date Mailed)

cc:   Chief Executive Officer
ALTA STAFF
19 S. LaSalle Street, Ste 800
Chicago, IL 60603

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2018-02914 |
|---|---|---|

Illinois Department Of Human Rights                            and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Miss Zakiya Willis | Home Phone<br>773-330-9426 | Year of Birth<br>1976 |
|---|---|---|
| Street Address<br>3158 south green st | City, State and ZIP Code<br>CHICAGO, IL 60608 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>ALTASTAFF- A BOUTIQUE STAFFING AGENCY | No. Employees, Members<br>15 - 100 | Phone No.<br>312-269-9990 |
|---|---|---|
| Street Address<br>19 South LaSalle /street, site 800 | City, State and ZIP Code<br>CHICAGO, IL 60603 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br>[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN<br>[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION<br>[ ] OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 01-22-2018  Latest: 01-22-2018<br>[X] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I resigned prior employment and accepted Respondents offer of employment and was scheduled for training on January 2, which was cancelled. I was rescheduled for training on January 22, 2018, which was cancelled. I have not yet been employed as promised. I complained to Respondent to no avail. I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against because of my age 41, (year of birth 1976) in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally signed by Zakiya Willis on 02-07-2018 12:26 PM EST | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS**

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

**ATTORNEY REPRESENTATION**

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

**DESTRUCTION OF FILE**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

03/26/2018

Control Number: 180319-053

To whom it may concern:

I am writing to the Human Rights on the behalf of myself to informed Department of Human Rights why I file with EEOC. However, the company offered me a position at their company but did not follow-up with hiring me. Although, while talking to random person that's a home nurse she stated that her friend filled out for the same position and started on the day (January 22, 2018) I supposed to have started but the company stated the job was canceled.

Sincerely,

Zakiya Willis