Illinois Department of Human... 1 / 2

CASE NO: 1:18CV03003

FILED

JUN 25 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Illinois Department of Human Rights

Charge Number: 2018CR2020

1. Zakiya Willis
   3158 South Green St.
   I am currently working part-time as Social Worker ( PRSC)
   The company hired my for Utilization Review than they told me I will be working as a Behavior Referral Specialist
2. The date that I suppose to start was January 2, 2018 and job was canceled for that date so they gave another date January 22, 2018 this job was taking place under the Medicaid program called illinicare.
3. Juliana Fruzzetti – Program Manager – Hispanic woman- between 22-30-
4. Personally I did not start because program manager stated that the job was canceled for both days.
5. Job Description : Provides rehabilitative services through: Medically necessary supportive activities; Assessment of problems in the client's life domains posing barriers to recovery; Assisting and linking clients to community resources to meet basic needs; Advocating and helping the client navigate the system to support access to needed resources; Monitoring compliance with the treatment plan; Educating the client regarding rehabilitative activities of daily living * Guides the client to reach goals, objectives and treatment outcomes; Collaborates with family members for the direct benefit of the client; Collaborates with referral sources and community agencies assisting the client; Attentive to skills necessary to do assigned tasks efficiently and effectively; Stays knowledgeable of necessity standards pertaining to services delivered; Establish open lines of communication for individuals with mental or emotional issues; Offer assistance to individuals with substance abuse issues; Coordinate treatment plan; Implement and review treatment plans; Collaborate with additional treatment providers and placement agencies.
6. I don't know who the immediate supervisor was but I meet with variety of program manager at the company such as Taz Wilson- President etc.
7. Personally I don't know who else work for her. Although, by associate of a caregiver (Zandra RN) she stated that her friend had started for the company for the same position that they stated was cancel.

2018 JUN 25 AM 10: 36

8.

9. Zandra Monroe RN associate of family caregiver 708-890-2098 work for LMR HOME DOCTORS- SHE STATED THAT HER FRIEND WORK FOR THE COMPANY AND STARTED ON January 22,2018 FOR THE SAME POSITION WHICH I SUPPOSED TO BE HIRED FOR ALSO, THE YOUNG LADY THAT WAS HIRED FOR THE POSITIO WAS ONLY A CERTFIED NURSING ASSISSTAN.

9. zabiaswillis@sbcglobal.net

Can please update
me on court appearance.

On the Issue of Failure to Hire

E1. Position was hired for was Utilization Review but change to Behavior Referral Specialist through one on Medicaid program.

E2. To my knowledge there was any education or experience requirements were set forth but I have Bachelor Degree- Business Administration Major in Healthcare Management

E3. During the process my contact person Juliana Fruzzeti first than I met with Taz Wilson and other

Illinois Department of Human Rights

Charge Number: 2018CR2020

1. Zakiya Willis
   3158 South Green St.
   I am currently working part-time as Social Worker ( PRSC)
   The company hired my for Utilization Review than they told me I will be working as a Behavior Referral Specialist
2. The date that I suppose to start was January 2, 2018 and job was canceled for that date so they gave another date January 22, 2018 this job was taking place under the Medicaid program called illinicare.
3. Juliana Fruzzetti – Program Manager – Hispanic woman- between 22-30-
4. Personally I did not start because program manager stated that the job was canceled for both days.
5. Job Description : Provides rehabilitative services through: Medically necessary supportive activities; Assessment of problems in the client's life domains posing barriers to recovery; Assisting and linking clients to community resources to meet basic needs; Advocating and helping the client navigate the system to support access to needed resources; Monitoring compliance with the treatment plan; Educating the client regarding rehabilitative activities of daily living * Guides the client to reach goals, objectives and treatment outcomes; Collaborates with family members for the direct benefit of the client; Collaborates with referral sources and community agencies assisting the client; Attentive to skills necessary to do assigned tasks efficiently and effectively; Stays knowledgeable of necessity standards pertaining to services delivered; Establish open lines of communication for individuals with mental or emotional issues; Offer assistance to individuals with substance abuse issues; Coordinate treatment plan; Implement and review treatment plans; Collaborate with additional treatment providers and placement agencies.
6. I don't know who the immediate supervisor was but I meet with variety of program manager at the company such as Taz Wilson- President etc.
7. Personally I don't know who else work for her. Although, by associate of a caregiver (Zandra RN) she stated that her friend had started for the company for the same position that they stated was cancel.

8.

9. Zandra Monroe RN associate of family caregiver 708-890-2098 work for LMR HOME DOCTORS- SHE STATED THAT HER FRIEND WORK FOR THE COMPANY AND STARTED ON January 22,2018 FOR THE SAME POSITION WHICH I SUPPOSED TO BE HIRED FOR ALSO, THE YOUNG LADY THAT WAS HIRED FOR THE POSITIO WAS ONLY A CERTFIED NURSING ASSISSTAN.

9. zabiaswillis@sbcglobal.net

On the Issue of Failure to Hire

E1. Position was hired for was Utilization Review but change to Behavior Referral Specialist through one on Medicaid program.

E2. To my knowledge there was any education or experience requirements were set forth but I have Bachelor Degree- Business Administration Major in Healthcare Management

E3. During the process my contact person Juliana Fruzzeti first than I met with Taz Wilson and other team member from there downtown location. The team was trying to assist me with a clerical job at their location until I can start the training job for January 22, 2018.

E4. Yes. I received interview for the clerical position but not for utilization review or behavioral referral specialist, Juliana stated that I had the job basic off the phone interview.

E5. Juliana Fuzzeti stated that I had the job. Program Manger- Hispanic

E6. No test.

E7. I am not sure.

E8. Yes I was through email and telephone after I gave my present job two week notice.

E9. Program manager stated that the job had been cancel for January 2,2018 but I had another start date for January 22, 2018.

E10. I am not sure just by associate. Not sure of age and race. Zandra Monroe stated that she was a Certified Nursing assistant.

E11. I am not sure what the case may be.

E12.

E13.



Position at AltaStaff with IlliniCare 1/2/2018 (3)

Juliana Fruzzetti <jfruzzetti@altastaff.com> 12/21/17 at 11:06 AM

Greetings,

I just wanted to keep you updated. Your resume has been sent over to IlliniCare for consideration in the Utilization department. As of today, AltaStaff has not received confirmation of salary or that they would want you to start on their 1/2/2018 New Hire Orientation date.

As the Holiday's are approaching we will give you as much notice/information as we can next week. Thank you for being patient and reach out if you have any questions. You are still being considered, we are just waiting for confirmation for the next steps from IlliniCare!

Thank you have enjoy your Holiday Season!

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990
Fax: 888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

Reply Reply to All Forward More

Zakiya Willis Thanks so much for responding b 12/21/17 at 12:05 PM

Zakiya Willis Thanks so much for responding b 12/21/17 at 12:05 PM

Click to reply all

Send

Resume updated (8)

zakiya willis 12/13/17 at 11:09 PM

zakiya willis 12/13/17 at 11:09 PM

Zakiya Willis Sent from my iPhone Begin for 12/29/17 at 10:30 AM

Zakiya Willis Sent from my iPhone Begin for 12/29/17 at 10:31 AM

**Juliana Fruzzetti** <jfruzzetti@altastaff.com> 12/29/17 at 10:34 AM

To Zakiya Willis

Thank you.

I mixed up the positions, the Quality Improvement Specialist is in Westmont, IL. Is that possible for you? See Job Description below:

The role would primarily be calling members to try and schedule doctor's appointments or tests. You may also be asked to support the internal quality team, working in spreadsheets, scanning paper documentation, making calls, etc. At times you would be required to travel to DR offices as assigned to review and collect information needed (Mileage reimbursement included) This position is great for individuals that want to learn more about health care!

Description Position Purpose: Support the data management and quality improvement initiatives for assigned functional areas

- Assist with the development and coordination of all core health services data reports
- Support the development of quality improvement performance audit function processes and tools
- Assist in designing, running, managing, and data review process for assuring accuracy and integrity of health services data reports to meet regulatory and operational requirements
- Report outcomes and quality monitoring results to management
- Assist with managing databases, policies and procedures related to assigned areas
- Assist with related activities for various committees and meetings for assigned areas
- Must have reliable personal transportation and a valid
- Excellent interpersonal/telephone skills.
- Demonstrate an organized approach to workload
- Comfortable with basic technology - Excel and Outlook, at least 40 WPM

Additional Requirements/Information

- Associate's degree in related area or equivalent experience.
- 2+ years of data management, including reporting, project management or quality improvement experience
- Assignment Length: 7 months - with possibility of going permanent with the company
- Salary: $15/hour
- Benefits: Dental, Health, Vision

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**

AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español
All zakiya willis, search your mailbox
Search Mail Search Web Home zakiya
Compose
Search results Archive Move Delete Spam More
Inbox (8645)
Drafts (40)
Sent
Archive
Spam (1403)
Trash
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent
-79%
2018 Long Black A-Line S...
$597
Click
Congratulations!
People
Juliana Fruzzetti <jfruzzetti@altastaff.com> 12/28/17 at 12:47 PM
Congratulations!
Now that you have accepted your assignment, there are a few more steps that you need to take.
Please be advised that the documents should be completed as soon as possible, so that Human Resources can on-board your information in a timely manner. Should you have any questions please do not hesitate to contact me
AltaStaff Employment Manual (attached to email for review)
To review the document and sign with an electronic signature, follow this link:
AltaStaff Employment Manual
2017 New Hire Paperwork
To review the document and sign with an electronic signature, follow this link:
2017 New Hire Paperwork
Medicaid/Medicare Compliance Training
Medicare/Medicaid Compliance Training
**Please select "IlliniCare" from the list of companies when completing this form.
*****Please make sure once you receive a confirmation email from Right Signature, you must click the link in that email. Then, the information will get sent to AltaStaff*****
Thank you for working with AltaStaff, and welcome to the team!
Best,
Juliana
--
Juliana Fruzzetti
Program Manager
AltaStaff - a boutique staffing agency
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com
***AltaStaff is a certified woman-owned business enterprise (WBE)
AltaEmplo....pdf
Reply Reply to All Forward More
Click to reply all
Send



AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español

All zakiya willis, search your mailbox Search Mail Search Web Home zakiya

Compose

Search results Archive Collapse All Delete Spam More

Inbox (8645)
Drafts (40)
Sent
Archive
Spam (1403)
Trash
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent

Please Read - unable for you to start Monday (3) People

Juliana Fruzzetti <jfruzzetti@altastaff.com> 12/28/17 at 3:11 PM
To zabiaswillis@sbcglobal.net
CC Taz Wilson

Hi Zakiya,

I am so sorry, IlliniCare just let me know they over staffed for the position and they are unable to have you start on Monday for the position. Please give me a call because I would like to talk to you about a different position with IlliniCare!

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

Reply Reply to All Forward More

Zakiya Willis Okay so what are the next steps b 12/28/17 at 4:31 PM

Zakiya Willis Okay so what are the next steps b 12/28/17 at 4:31 PM

Click to reply all

Send

-67%
2018 A-Line V-neck Long R...
$299
View Now

AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español
All zakiya willis, search your mailbox
Search Mail
Search Web
Home
zakiya
Compose
Search results
Archive
Spam
More
Inbox (8646)
Drafts (40)
Sent
Archive
Spam (1403)
Trash
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent
Find the Best Pet Supplies
Search Now
Interview at AltaStaff (8)
People
Juliana Fruzzetti Hey Zakiya, Here is confirmati 12/29/17 at 11:05 AM
Zakiya Willis Hi Juliana thanks for helping me c Jan 5 at 3:56 PM
Zakiya Willis Hi Juliana thanks for helping me c Jan 5 at 3:56 PM
Juliana Fruzzetti Hi Zakiya, Once I get confirma Jan 5 at 4:04 PM
Zakiya Willis Good morning ms Juliana I want t Jan 19 at 10:28 AM
Juliana Fruzzetti <jfruzzetti@altastaff.com> Jan 19 at 2:31 PM
To Zakiya Willis
Hello Zakiya,
Thank you for reaching out. Unfortunately, IlliniCare has cancelled its 1/22 starting class an no one will be starting in that position. They are putting hiring on hold for the time being. I will reach out as soon as any position opens up we can place you in. I am currently working with another Managed Care Organization and they might have an office clerk position opening up. I will reach out as soon as I hear anything!!
Best,
Juliana
--
Juliana Fruzzetti
Program Manager
AltaStaff - a boutique staffing agency
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com
***AltaStaff is a certified woman-owned business enterprise (WBE)
Show original message
Reply
Reply to All
Forward
More
Zakiya Willis Okay thanks for responding back. Jan 19 at 3:19 PM
Juliana Fruzzetti Hi Zakiya, I am sorry and I tot Jan 19 at 4:43 PM
Click to reply all
Send


AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español
All zakiya willis, search your mailbox
Search Mail Search Web Home zakiya
Compose
Search results Archive Spam More
Inbox (8646)
Drafts (40)
Sent
Archive
Spam (1403)
Trash
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent
Info on Debt Help
Search Now
Job Opportunity (7)
People
Juliana Fruzzetti Hi Zakiya, We just found out Jan 23 at 11:13 AM
Zakiya Willis Good afternoon ms Juliana I am i Jan 23 at 12:09 PM
Zakiya Willis Good afternoon ms Juliana I am i Jan 23 at 12:09 PM
Juliana Fruzzetti <jfruzzetti@altastaff.com> Jan 23 at 12:18 PM
To Zakiya Willis
Hi Zakiya,
We will submit your resume to our candidates. If you are chosen to move forward you will have a phone interview. We will be in touch.
Best,
Juliana
--
Juliana Fruzzetti
Program Manager
AltaStaff - a boutique staffing agency
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com
***AltaStaff is a certified woman-owned business enterprise (WBE)
Show original message
Reply Reply to All Forward More
Zakiya Willis Okay we can move forward for th Jan 23 at 12:20 PM
Zakiya Willis Okay we can move forward for th Jan 23 at 12:20 PM
Juliana Fruzzetti If the client wants to move fo Jan 23 at 12:21 PM
Click to reply all
ModLily
Send



AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español
All zakiya willis, search your mailbox
Search Mail Search Web Home zakiya
Compose
Search results Archive Spam More
Inbox (8646)
Drafts (40)
Sent
Archive
Spam (1403)
Trash
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent
Job Opportunity (7)
People
Juliana Fruzzetti Hi Zakiya, We just found out Jan 23 at 11:13 AM
Zakiya Willis Good afternoon ms Juliana I am i Jan 23 at 12:09 PM
Zakiya Willis Good afternoon ms Juliana I am i Jan 23 at 12:09 PM
Juliana Fruzzetti Hi Zakiya, We will submit you Jan 23 at 12:18 PM
Zakiya Willis Okay we can move forward for th Jan 23 at 12:20 PM
Zakiya Willis Okay we can move forward for th Jan 23 at 12:20 PM
Juliana Fruzzetti <jfruzzetti@altastaff.com> Jan 23 at 12:21 PM
To Zakiya Willis
If the client wants to move forward with a phone interview, after reviewing your resume, we will reach out and give you more details. Thanks
Best,
Juliana
--
Juliana Fruzzetti
Program Manager
AltaStaff - a boutique staffing agency
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com
***AltaStaff is a certified woman-owned business enterprise (WBE)
Show original message
Reply Reply to All Forward More
Click to reply all
Send



AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español

All zakiya willis, search your mailbox Search Mail Search Web Home zakiya

Compose

Search results Archive Collapse All Delete Spam More

Inbox (8646)
Drafts (40)
Sent
Archive
Spam (1403)
Trash
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent

Job Opportunity (7) People

Juliana Fruzzetti Hi Zakiya, We just found out Jan 23 at 11:13 AM

Zakiya Willis Good afternoon ms Juliana I am i Jan 23 at 12:09 PM

Zakiya Willis Good afternoon ms Juliana I am i Jan 23 at 12:09 PM

Juliana Fruzzetti <jfruzzetti@altastaff.com> Jan 23 at 12:18 PM
To Zakiya Willis

Hi Zakiya,

We will submit your resume to our candidates. If you are chosen to move forward you will have a phone interview. We will be in touch.

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

Show original message

Reply Reply to All Forward More

Zakiya Willis Okay we can move forward for th Jan 23 at 12:20 PM

Zakiya Willis Okay we can move forward for th Jan 23 at 12:20 PM

Juliana Fruzzetti If the client wants to move fo Jan 23 at 12:21 PM

Click to reply all

Send



Out of Office Re: Please Read - unable for you to... People

**Juliana Fruzzetti** <jfruzzetti@altastaff.com> 12/28/17 at 4:31 PM
To zabiaswillis@sbcglobal.net

Greetings,

I am currently out of the office with no access to email or voicemail until I return Friday, December 29th at 8 AM/

While I am out, please contact Taz Wilson at taz@altastaff.com.

If you need to reach someone immediately, please call our main line at 312-269-9990

--
Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

TEXT .txt

Reply Reply to All Forward More

Click to reply all

Send

AT&T Mail att.net Mobile DIRECTV U-verse att.com En Español

All zakiya willis, search your mailbox Search Mail Search Web Home zakiya

Compose

Search results Archive Collapse All Delete Spam More

Inbox (8646)
Drafts (40)
Sent
Archive
Spam (1403)
Trash
Smart Views
Folders
Deleted Messages
Notes
Sent Messages
untitled
untitled1
Yahoo
zakiya
Recent

Find A Great Treadmill
Search Now

Interview at AltaStaff (8) People

Juliana Fruzzetti <jfruzzetti@altastaff.com> 12/29/17 at 11:05 AM
To Zakiya Willis

Hey Zakiya,

Here is confirmation for Tuesday. I would bring a few copies of your resume ;)

Thank you for taking the time to speak with me. We are looking forward to meeting you and further discussing your career. Per our conversation, here are the details for the interview:

**Date: January 2nd**
**Time: 9 AM**
**Counselor's Name: Taz Wilson**

**Address:**
AltaStaff - a boutique staffing agency
19 South LaSalle Street, Suite 800
Chicago, IL 60603
**Cross Street:** Madison Street

**What to Bring:** 2 copies of your resume, 2 professional references (name, phone number and email address if available)

**Reminders:** Dress professionally, contact us if you will be late or unable to attend, the interview process will take between 1-1.25 hour(s).

If you have any questions, please do not hesitate to contact me.

Best,
Juliana

--

Juliana Fruzzetti
**Program Manager**
**AltaStaff - a boutique staffing agency**
19 South LaSalle Street, Suite 800
Chicago, IL 60603
Main: 312-269-9990 ext 308
Fax: 888-674-2582
www.altastaff.com

***AltaStaff is a certified woman-owned business enterprise (WBE)

Reply Reply to All Forward More

| | | |
|---|---|---|
| Zakiya Willis | Hi Juliana thanks for helping m | Jan 5 at 3:56 PM |
| Zakiya Willis | Hi Juliana thanks for helping m | Jan 5 at 3:56 PM |
| Juliana Fruzzetti | Hi Zakiya, Once I get confi | Jan 5 at 4:04 PM |
| Zakiya Willis | Good morning ms Juliana I wa | Jan 19 at 10:28 AM |
| Juliana Fruzzetti | Hello Zakiya, Thank you fo | Jan 19 at 2:31 PM |
| Zakiya Willis | Okay thanks for responding ba | Jan 19 at 3:19 PM |
| Juliana Fruzzetti | Hi Zakiya, I am sorry and I | Jan 19 at 4:43 PM |

Click to reply all